IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **R.A.A.,** | : | |
| | : | |
|     **Petitioner,** | : | |
| | : | |
| v. | : | Case No. 4:25-cv-375-CDL-CHW |
| | : | 28 U.S.C. § 2241 |
| **Warden, STEWART DETENTION CENTER,** | : | |
| | : | |
| | : | |
|     **Respondent.** | : | |

_____

# ORDER

Pending before the Court is Petitioner's application for a writ of habeas corpus. (ECF No. 1). Petitioner is a native and citizen of Mexico who has resided in the United States for approximately twenty years after entering without inspection. (ECF No. 1, p. 2, ¶¶ 1, 6; ECF No. 7-1, ¶ 4). On September 23, 2025, Petitioner was taken into United States Immigration and Customs Enforcement ("ICE") custody and has been detained since then. (ECF No. 7-1, ¶¶ 6, 14). Petitioner contends that he is entitled to a discretionary bond hearing under 8 U.S.C. § 1226(a). (ECF No. 1). Respondents argue that Petitioner is not entitled to a bond hearing because he is detained under 8 U.S.C. § 1225(b)(2), which mandates detention for certain aliens without an opportunity for a bond hearing. (ECF No. 7).

As Respondents concede, the issue presented in this action is identical to the issue the Court decided in *J.A.M. v. Streeval*, No. 4:25-cv-342-CDL, 2025 WL 3050094 (M.D. Ga. Nov. 1, 2025). *See* (ECF No. 7). Based on the Court's rationale in *J.A.M.*, the Court finds that Petitioner's detention is governed by 8 U.S.C. § 1226(a). The Court thus grants Petitioner's petition for a writ of habeas corpus to the extent that the Court orders Respondents to provide

Petitioner with a bond hearing to determine if Petitioner may be released on bond under § 1226(a)(2) and the applicable regulations. *See* 8 C.F.R. §§ 236.1 & 1236.1.

**IT IS SO ORDERED**, this 2nd day of December, 2025.

                                                s/Clay D. Land  
                                                CLAY D. LAND  
                                                U.S. DISTRICT COURT JUDGE  
                                                MIDDLE DISTRICT OF GEORGIA